**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| TOMIKA HINDSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:25-cv-00234-SHL-WPK |
| SLOAN/NELNET SERVICING, | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., and TRANSUNION, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION TO STAY SCHEDULING CONFERNECE**

Pursuant to Federal Rules of Civil Procedure 6(b), 16, and 26, Defendants Nelnet Servicing, LLC (incorrectly identified as "Sloan/Nelnet Servicing"), Experian Information Solutions, Inc., TransUnion, LLC, and Equifax Information Services, LLC, jointly move the Court for an order staying the scheduling conference in this case pending the outcome of the pending motions to dismiss. In support of this Motion, Defendants state as follows:

1.     Plaintiff originally filed this action on July 14, 2025. (ECF No. 1.)

2.     All four Defendants moved to dismiss the original Complaint for failure to state a claim. (ECF Nos. 26, 30, 31, 47.)

3.     On September 8, 2025, Plaintiff requested "that the Court resolve all pending dispositive motions before proceeding with the Rule 26(f) Scheduling Conference and initiation of discovery in this matter." (ECF No. 32.)

4.     The Court granted Plaintiff's request. (ECF No. 45 at 3 ("Considering the number of parties in this case, one of them pro se, and the nature of the pending dispositive motions the Court concludes that good cause exists to both delay the scheduling order and stay discovery. A

stay of discovery would avoid undue expenses and burdens on all the parties and the Court.")).

5.    On October 28, 2025, the Court granted all four motions without prejudice. (ECF No. 49.)

6.    On November 18, 2025, Plaintiff filed an Amended Complaint. (ECF No. 51.)

7.    All four Defendants have since moved to dismiss the Amended Complaint for failure to state a claim. (ECF Nos. 53, 55, 56, 57.)

8.    All four Motions to Dismiss are fully briefed and remain pending before this Court.

9.    If granted, the pending Motions to Dismiss are likely to fully resolve the claims in this case or at least substantially narrow the issues before the Court.

10.    The Court set a Remote Scheduling Conference in this case for March 12, 2026, at 10:00 a.m. before Magistrate Judge Wiliam P. Kelly. (ECF No. 74.)

11.    Defendants have conferred and agree that in light of the pending motions, there is good cause to stay the scheduling conference and entry of a scheduling order until after the resolution of the motions to dismiss. The present circumstances are materially the same as when the Court previously determined there was good cause to delay the scheduling order and stay discovery. (*Cf.* ECF No. 45.)

12.    Defense counsel requested Plaintiff's consent to this Motion, and Plaintiff refused.

13.    No parties will be prejudiced by the proposed stay, and it will not cause undue delay.

WHEREFORE, for the above-stated reasons, Defendants request an order staying the scheduling conference in this case until the Court rules on Defendants' pending Motions to Dismiss the Amended Complaint.

Dated this 2nd day of March 2026

/s/ Ryann A. Glenn
Ryann A. Glenn (AT1005030)
Husch Blackwell LLP
14606 Branch Street, Suite 200
Omaha, NE 68154
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
Ryann.Glenn@huschblackwell.com
*Counsel for Defendant Nelnet Servicing, LLC*

/s/ Kyle J. Essley
Kyle J. Essley
Weinhardt & Lantz, P.C.
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
kessley@weinhardtlantz.com
*Counsel for Defendant Experian Information Solutions, Inc.*

/s/ Cassidy R. Hendrickson
Cassidy R. Hendrickson (IN #37712-41)
*Admitted Pro Hac Vice*
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 604
Facsimile: (317) 899-9348
Cassidy.hendrickson@qslwm.com

Patrick L. Sealey
Heidman Law Firm
1128 Historic Fourth Street
PO Box 3086
Sioux City, IA 51102
Telephone: (712) 222-4190
Facsimile: (712) 222-4141
Patrick.sealey@heidmanlaw.com
*Counsel for Defendant TransUnion LLC*

/s/ Angel West
Angel West, AT0008416
Maynard Nexsen, P.C.

801 Grand Avenue, Suite 100
Des Moines, IA 50309
Telephone: (515) 686-8223
awest@maynardnexsen.com
*Counsel for Defendant Equifax Information*
*Services LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 2, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, causing electronic service on all counsel that have entered an appearance. I also certify that a copy of the foregoing has been e-mailed and mailed to the below via U.S. First Class Mail:

Tomika Hindson
P.O. Box 3754
Urbandale, IA 50323
Hindson.tomika74@yahoo.com

*/s/ Ryann A. Glenn*